NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NATHANIEL MIXON,                          )
                                         )
        Appellant,                 )
                                         )
v.                                       )        Case No. 2D17-3691
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                  )
_____ )

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.